ORIGINAL

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED SEP 23 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Curtis L. Ellis 0981302
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

v. Mhmr (Mental Health)
100 W. Lamar St. Fort Worth TX 76196
Defendant's Name and Address

CASE NO. 4-22CV-855-P
(Clerk will assign the number)

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____ YES ✓ NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit: _____
        2. Parties to previous lawsuit:
            Plaintiff(s) _____
            Defendant(s) _____
        3. Court: (If federal, name the district; if state, name the county.) _____
        4. Cause number: _____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Curtis L. Ellis 0981302
100 N. Lamar St. Fort Worth TX 76196
Tarrant Co. Jail

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.
Defendant #1: MHMR - Mental Health Dep. Tarrant Co. Jail — Miss Theall
100 N. Lamar St. Fort Worth TX 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Placed me in suicide precaution without just cause or order by a Dr.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On or about 2/10/22 I requested to speak with a Mhmr case manager. Case manager Jenifer (Jen) came to see me while in the multipurpose room. Her recommendation was for me to be rehoused in single cell at the LEC (lock-up) I wasn't suicide, and she put that fact in her notes. After 16 hours I become agitated being in multipurpose room for so long and supervisor was called. They were upset basically b/c I was in the right with my argument instead of doing the right thing.

VI.  RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like finacial compensation for mental and emotional suffering. Due to Cruel and unusual punishment

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
Curtis Lee Ellis, Curtis, Ellis, Cut Lee, Lee.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
NCDOC- 0120385 Tarrant Co. Jail-0981302, FBOP- 36321-177

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

4

Mr. Olson ~~███~~ (cpl or sgt) and classification somehow had me put in SPC (Suicide precaution) As you'll see they say in grievance response that they say it was by error per Mental Health Dep. (Mhmr) ~~███~~ talking to ~~███~~ Dr. Kesha while in SPC I learned that I should not have been there as I expected. He also told me the name of the mhmr staff person that put me there (Ms.Thea) He also said that he looked and saw where C.M. Jen wrote that I was not suicide, he said there was no just and legal explenation for me being in SPC in those conditions. After this conversation I was still left there for almost two days, by classification is what I was told.

C. Has any court ever warned or notified you that sanctions could be imposed? \_\_\_\_YES ✓NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: 9-15-22
DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 15th day of September, 20 22.
      (Day)              (month)          (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# TARRANT COUNTY JAIL
# INMATE GRIEVANCE FORM

*Press hard when writing*

File Nbr. G221481

**Name** Curtis Ellis    **CID No.** 0981302

**Housing Assignment** 57-A-12 cell    **Date** 2/14/22

Is this an "American with Disabilities Act (ADA) Complaint?"    Yes ☐    No ☒

State your problem as briefly as possible. Place in a "Grievance Envelope", seal and submit to Housing Officer. Keep pink (last) copy for your records.

While in housing unit 60-D, I requested to see MHMR counselor. Jen saw me and put me in multipurpose room and recommended for single cell. I stayed in multipurpose room for 1 1/2 weeks. Illegal act. It's no more than 2 hrs from what I was told by staff. Then sent me to 55-A SDC. Per somebody from MHMC by the name of Then Ellis NHH somebody was passed off at me for whatever reason and asked or told them to change the request and had classification send me to SDC. This also is illegal. I was not and can not be suicidal. And nobody said to me. Pain Acosta Jen I was told by Jen!! And the provider that they can't just do that without speaking to me. Being fed over two days my rights were violated. I had no water the entire time I was also refused medical care when I asked for it. They ignored all my request for anything.

GRIEVANCE OFFICE USE ONLY****************DO NOT WRITE BELOW THIS LINE

**Grievance Officer** Cpl. Garcia    **Date** 2/22/22    **Code** 34

**Referred to** ___    **Date** ___    **Time** ___

**Response by** ___    **Date** ___    **Time** ___

## GRIEVANCE SUMMARY RESPONSE

White Copy To File    Canary Copy To Inmate (Grievance Response)    Pink Copy For Inmate Retention

S-101  GPC-1699  REV. 06-06

# Tarrant County Sheriff's Office
## Grievance Response Form

| Number | Received Date | Assigned To | Close Date | Classification |
|---|---|---|---|---|
| G221881 | 2/22/2022 | GARCIA, J. | 4/12/2022 | 24. MHMR OTHER |

| Housing | Name | | CID |
|---|---|---|---|
| 57-A | ELLIS, CURTIS LEE | | 0981302 |

**Grievance Response Summary**

MR. ELLIS, THE MATTER REGARDING BEING IMPROPERLY HOUSED IN HOUSING UNIT 55A HAS BEEN INVESTIGATED AND HAS BEEN SUSTAINED. YOU WERE HOUSED IN HOUSING UNIT 55A BY ERROR, BY A STAFF MEMBER OF THE MENTAL HEALTH DEPARTMENT. REGARDING YOUR CLAIMS ALLEGING OFFICERS MISCONDUCT, IT HAS BEEN INVESTIGATED AND THERE IS NO EVIDENCE TO SUSTAIN THE ALLEGATION OF ANY OFFICER MISCONDUCT.

*"Grievance procedures are described in the Inmate Handbook. In the event you have lost or misplaced your Inmate Handbook, you may request a replacement from the housing officer."*

Tuesday, April 12, 2022

Page 1 of 1

I would like a court appointed attorney to be assigned to me if possible, however if this can't happen I would still like to proceede.

Thank you.

Case: **4:22-cv-00855**
Assigned To : **Pittman, Mark**
Referral Judge: **Cureton, Jeffrey L.**
Assign. Date : **9/23/2022**
Description: **Ellis V. MHMR (Mental Health)**

Ellis Curtis 0981302
100 N Lamar St.
Fort Worth TX
76196



X-RAY LEGAL MAIL

RECEIVED
SEP 23 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States
District Court
501 West 10th St.
Room 310
Fort Worth TX
76102-3673

LEGAL MAIL

Tarrant County Corrections Center Law Library

LEGAL MAIL

LEGAL MAIL